## No. 5469.

### DANIEL WEAVER'S EXR. VS. JOHN TERNOIR.

The plea of *res judicata*, based upon a previous suit and judgment therein, in which title to the same property was set up, is conclusive.

Surratt *vs.* Fernandez.

APPEAL from the Superior District Court of New Orleans. HAW-KINS, J.

*Duguè* for Plaintiff. *Bartlette* for Defendant Appellant.

The history of the case, and the statement of the pretension made by Ternoir, and the adjudication thereon, will be found in Barre *v.* New Orleans, 22 La. Ann. 612.

MARR, J., delivered the opinion affirming the judgment.